UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :   **ORDER**
        -v-                         :
                                    :   S3 19 Cr. 651 (LTS)
RAUL IONUT VIDRASAN,                :
    a/k/a "Michu,"                  :
    a/k/a "The Boy,"                :
                                    :
                    Defendant.      :
- - - - - - - - - - - - - - - - - - x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorney Elizabeth A. Hanft;

It is found that the Superseding Indictment in the above-captioned action, S3 19 Cr. 651 (the "Indictment"), is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment, S3 19 Cr. 651, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:  New York, New York
        October 10, 2019

_____
THE HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE