UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES,

                  Plaintiff,

-against-

CONSTANTINESCU, ET AL.,

                  Defendant.

-------------------------------------------------------x

No. 19 CR 651-LTS

<u>ORDER</u>

The initial pre-trial conference scheduled for 10:30 a.m. on Thursday, October 24, 2019, is rescheduled to 10:15 a.m. on Thursday, October 24, 2019, as to all defendants. The hearing on the Government's appeal from the bail orders issued with respect to defendants Marcea Constantinescu, Nikolaos Limberatos, and Alin Hanes Calugaru will take place immediately following the initial pre-trial conference.

       SO ORDERED.

Dated: New York, New York
       October 17, 2019

                                                  /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                 United States District Judge