LAW OFFICES OF ALI AND BAINS PC
118-35 QUEENS BLVD
FOREST HILLS NY 11375
PH (718) 544-8000
FX 718) 480-1244
tbains@alibainsfirm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-13-2020

February 12, 2020

**BY ECF ONLY**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: *United States v. Mircea Constantinescu*, 19 Cr. 651 (LTS)

Dear Judge Swain:

After further review our office is requesting that we be discharged as counsel for Mircea Constantinescu and he be assigned pro-bono counsel. The conflict we referred to in our January 20, 2020 letter is substantially more serious than we initially thought.

I believe that our contacts with Mr. Florian will severely prejudice either Mr. Constantinescu or Mr. Florian if we continue as Mr. Constantinescu's counsel..

Respectfully submitted,
Tejinder Bains
Attorney for Mircia Constantinescu

*In light of the foregoing information, the February 25, 2020, Curcio hearing is cancelled and a change of counsel hearing will be conducted on February 19, 2020, at 10:00 AM. The on-duty CJA counsel will be requested to attend. Mr Constantinescu will be required to complete a financial affidavit in the attached form if he is requesting appointment of counsel. Mr Bains must also attend.*

SO ORDERED:

/s/ Laura Taylor Swain 2/13/20
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

1

| SDNY CJA 23 (Rev. 1/12) | **FINANCIAL AFFIDAVIT** |
|---|---|
| | IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |

IN THE UNITED STATES ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify below)*

IN THE CASE OF

_____ v. _____

FOR

AT

LOCATION NUMBER

PERSON REPRESENTED *(Show your full name)*

1. ☐ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
5. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other *(Specify)*

DOCKET NUMBERS
Magistrate Judge

District Court

Court of Appeals

CHARGE/OFFENSE *(describe if applicable & check box ►)* ☐ Felony ☐ Misdemeanor

**ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY**

**INCOME & ASSETS**

**EMPLOYMENT**

Are you now employed? ☐ Yes ☐ No ☐ Self-Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment? _____
How much did you earn per month? $ _____

If married, is your spouse employed? ☐ Yes ☐ No

IF YES, how much does your spouse earn per month? $ _____

If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No

RECEIVED | SOURCES

IF YES, give the amount received and identify the sources
$ _____
$ _____
$ _____

**CASH**

Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No IF YES, total amount? $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No

VALUE | DESCRIPTION

IF YES, give value and description for each
$ _____
$ _____
$ _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
\_\_\_ Single
\_\_\_ Married
\_\_\_ Widowed
\_\_\_ Separated or Divorced

Total No. of Dependents _____

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

_____
SIGNATURE OF DEFENDANT
*(OR PERSON REPRESENTED)*

Date _____

☐ APPROVED ☐ DENIED

_____
FD/CJA/RET. ATTORNEY (PRINT)

_____
ASSISTANT UNITED STATES ATTORNEY (PRINT)

_____
SIGNATURE OF JUDICIAL OFFICER

DATE _____