

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 12, 2021

**BY ECF**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Raul Ionut Vidrasan*, **S3 19 Cr. 651 (LTS)**

Dear Judge Swain:

The Government respectfully submits this letter jointly with the defendant to request that the Court schedule a change of plea hearing at the Court's earliest convenience before noon on a Monday, Thursday, or Friday. The Government and the defendant both consent to a remote proceeding.

The Court will request a remote hearing facility for January 25, 2021, at 9:00 a.m. The parties are requested to keep their calendars as open as possible from 9:00 a.m. to 1:00 p.m. that day, as the precise time cannot be confirmed until late the week before.
SO ORDERED.
1/12/2021
/s/ Laura Taylor Swain, USDJ

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: *Robert B. Sobelman*
Elizabeth A. Hanft
Samuel P. Rothschild
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-2334/6527/2616

cc:   Aaron J. Mysliwiec, Esq. (by ECF)