

May 5, 2021

**VIA ECF**
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Raul Vidrasan,* **19 Cr. 651 (LTS)**

Dear Judge Swain:

My client in the above-captioned case is currently scheduled to be sentenced by this Court at 9:00 a.m. on May 19, 2021. I write to request an adjournment of Mr. Vidrasan's sentencing to May 25, 2021 at 11:00 a.m.

The reasons for this request are: (1) I am still in consultations with Mr. Vidrasan about the final sentencing submission, and (2) based on the recent changes to the New York City public school schedule, I have a parenting obligation in the early morning of May 19, 2021 that will prevent me from appearing before the Court until 10:00 a.m.

Accordingly, I respectfully request that the Court reschedule Mr. Vidrasan's sentencing to May 25, 2021 at 11:00 a.m.

The Government, through AUSA Robert Sobelman, indicated it has no objection to this request.

Thank you for the Court's consideration of this letter motion.

Respectfully submitted,

/s/

Aaron Mysliwiec
*Attorney for Raul Vidrasan*

The sentencing hearing currently scheduled to take place on May 19, 2021, is hereby adjourned to take place by remote means on May 24, 2021, at 9:00am. The precise time and modality cannot be confirmed until late the week before, so counsel are requested to keep their calendars as open as possible from 9am to 2pm that day. The Court finds pursuant to 18 U.S.C. section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through May 24, 2021, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. Docket entry 643 is resolved.
SO ORDERED.
5/5/2021
/s/Laura Taylor Swain, Chief USDJ

cc:   Elizabeth Hanft, AUSA (via ECF)
      Robert Sobelman, AUSA (via ECF)
      Samuel Rothschild, AUSA (via ECF)