UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

  -v-                                                                 No. 19-CR-651-LTS

RAUL VIDRASAN,

       Defendant.

-------------------------------------------------------x

## ORDER

The Court has received Defendant's redacted sentencing submission (Docket entry no. 652), as well as a supplemental sentencing submission dated May 10, 2021, with a request that it be filed under seal. Because the redacted information in the sentencing submission at docket entry number 652 contains sensitive medical information and a photo of a non-party, the redacted portions of that submission will be maintained under seal. The supplemental sentencing submission dated May 10, 2021, will also be filed under seal due to the personally sensitive nature of its contents. The Court finds that such redaction and sealing are essential to preserve the higher values implicated by potential disclosure of the sensitive information and are narrowly tailored to serve that interest.

       SO ORDERED.

Dated: May 12, 2021                                                /s/ Laura Taylor Swain
       New York, New York                            LAURA TAYLOR SWAIN
                                                                         Chief United States District Judge